1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11

12      JAMES GILLEN,                               Case No. 13-cv-04942 NC

13                      Plaintiff,                  **ORDER TO REMEDY DEFICIENCY**

14              v.                                  Re: Dkt. No. 6

15      PATRICK R. DONAHOE, POSTMASTER
        GENERAL, and DOES 1 to 50,

16                      Defendants.

17

18          The Court previously ordered plaintiff's counsel to (1) file a statement noting the

19      death of plaintiff by January 31, 2014; (2) serve as soon as possible the statement of death

20      and all the filings in this case on any family member of plaintiff, or any other nonparty who

21      could be a potential successor or representative of plaintiff, or otherwise a potential party

22      who could have the right to assert the claims in this case; and (3) file a proof of service

23      with the Court.  Dkt. No. 6.  No statement of death or proof of service has been filed to

24      date.  Plaintiff's counsel is ordered to remedy these deficiencies immediately.

25          IT IS SO ORDERED.

26          Date: March 5, 2014                     _____

27                                                  Nathanael M. Cousins
                                                    United States Magistrate Judge

28

Case No. 13-cv-04942 NC
ORDER TO REMEDY DEFICIENCY