UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GILLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE, POSTMASTER GENERAL, and DOES 1 to 50,<br><br>    Defendants. | Case No. 13-cv-04942 NC<br><br>**SECOND ORDER TO REMEDY DEFICIENCY**<br><br>Re: Dkt. Nos. 6, 7, 10 |

The Court previously ordered plaintiff's counsel on three different occasions to (1) serve as soon as possible all the filings in this case on any family member of plaintiff, or any other nonparty who could be a potential successor or representative of plaintiff, or otherwise a potential party who could have the right to assert the claims in this case; and (2) file a proof of service with the Court. Dkt. Nos. 6, 7, 10. No such proof of service has been filed to date. Plaintiff's counsel is ordered to remedy this deficiency by June 20, 2014.

IT IS SO ORDERED.

Date: June 12, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge