# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES GILLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK R. DONAHOE, POSTMASTER GENERAL, and DOES 1 to 50,<br><br>    Defendants. | Case No. 13-cv-04942 NC<br><br>**ORDER DISMISSING CASE** |

    This case was filed by plaintiff James Gillen on October 24, 2013, seeking damages for personal injuries against the United States Postal Office. Dkt. No. 1. The Postal Office has not been served.

    On January 21, 2014, plaintiff's counsel informed the Court that plaintiff has passed away. Dkt. No. 4. The Court ordered plaintiff's counsel to (1) file a statement noting the death of plaintiff; and (2) serve as soon as possible the statement of death and all the filings in this case on any family member of plaintiff, or any other nonparty who could be a potential successor or representative of plaintiff, or otherwise a potential party who could have the right to assert the claims in this case. Dkt. Nos. 6-7. The Court also ordered plaintiff's counsel to file a status report informing the Court about whether he intends to request substitution of a proper plaintiff. Dkt. No. 6.

1  On March 11, 2014, plaintiff's counsel filed a certificate of death showing that
2  plaintiff passed away on July 14, 2013, before this case was filed. Dkt. No. 8. On April
3  14, 2014, plaintiff's counsel filed a status report informing the Court that he conducted an
4  investigation of individuals who might have potential rights to assert the claims made in
5  this case. Dkt. No. 9. As a result of this investigation, plaintiff's counsel discovered that
6  plaintiff's only son predeceased him and that plaintiff was not married at the time of his
7  death. *Id.* Plaintiff's counsel further reported that plaintiff's sole surviving sibling,
8  Thomas Gillen, and plaintiff's niece, Laura Sharpe expressed no desire to continue the
9  prosecution of the claims in this case. *Id.* On June 17, 2014, plaintiff's counsel filed a
10 proof of service, indicating that he served Thomas Gillen and Laura Sharpe with a copy of
11 the pleading file. Dkt. No. 12.

12 Because plaintiff was dead before this action was filed and no one has come forward
13 to indicate an interest in prosecuting the claims asserted in this case, the Court DISMISSES
14 the case without prejudice. The clerk is ordered to terminate case No. 13-cv-04942 NC.

15 IT IS SO ORDERED.

16 Date: July 30, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge